

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

**KIMBERLY SCOTT** )

)
)
)
)

Plaintiff(s), )

)

v. )

)

**STARBUCKS COFFEE COMPANY** )

)
)
)

Defendant(s).

**1:23-cv-00652**
Judge Ronald A. Guzman
Magistrate Judge M. David Weisman
RANDOM

Case Number: _____

**FILED**

FEB 0 2 2023  LM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  This is an action for employment discrimination.

2.  The plaintiff is **KIMBERLY SCOTT** of the county of **COOK** in the state of **ILLINOIS**.

3.  The defendant is **STARBUCKS COFFEE COMPANY**, whose street address is **2401 UTAH AVE. SOUTH, STE. 800**, (city) **SEATTLE** (county) **KING** (state) **WASHINGTON** (ZIP) **98134** (Defendant's telephone number) (**206**) – **447-1575**

4.  The plaintiff sought employment or was employed by the defendant at (street address)

    **646 NORTH MICHIGAN AVE** (city) **CHICAGO**

    (county) **COOK** (state) **IL** (ZIP code) **60611**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.   The plaintiff [*check one box*]

   (a) ☐   was denied employment by the defendant.

   (b) **X**   was hired and is still employed by the defendant.

   (c) ☐   was employed but is no longer employed by the defendant.

6.   The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) October_____, (day) 11__, (year) 2019_____.

7.1   (*Choose paragraph 7.1 or 7.2, do not complete both*.)

   (a)   The defendant is not a federal governmental agency, and the plaintiff [*check one box*] **X** *has* ☐*has not* filed a charge or charges against the defendant

   asserting the acts of discrimination indicated in this complaint with any of the

   following government agencies:

   (i)   **X** the United States Equal Employment Opportunity Commission, on or about

   (month) **August**_____(day) **15**_____(year) **2022   & July 11, 2022**

   (ii)   **X** the Illinois Department of Human Rights, on or about

   (month) **JUNE**___(day) **22**_____(year) **2022**_____.

   (b)   If charges *were* filed with an agency indicated above, a copy of the charge is

   attached. **X** Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois

   Department of Human Rights to cross-file with the other agency all charges received. The

   plaintiff has no reason to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and

   (a)   the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/05/2018

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____(day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)  The plaintiff received a Final Agency Decision on (month)_____

(day)_____(year)_____.

(c)  Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes    ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

*(a)* ☐    the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b)  **X**    the United States Equal Employment Opportunity Commission has

issued a *Notice of Right to Sue,* which was received by the plaintiff on

(month) **November**____(day)_**6**__(year) **2022**_____a copy of which

*Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a)  ☐ Age (Age Discrimination Employment Act).

(b)  ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) **X** Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) **X** failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) **X** failed to stop harassment;

(g) **X** retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/05/2018

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

**I filed a charge of discrimination against Starbucks Coffee Company with the Chicago District Office of the Equal Employment Opportunity Commission (EEOC) based on the retaliation I endured after filing a charge of discrimination based on my race, Black, on July 11, 2022. Starbucks management has retaliated against my "protected activity" including not limited to the following, Failure to promote, creating and harboring a hostile workplace environment- Harassed thru emails, over 30, text messages, and phone calls regarding fruit flies,  "SEE ADDITIONAL PAGE"**

14.    [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. **X** Yes ☐ No

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a)    ☐ Direct the defendant to hire the plaintiff.

    (b)    ☐ Direct the defendant to re-employ the plaintiff.

    (c)    ☐ Direct the defendant to promote the plaintiff.

    (d)    ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e)    ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f)    **X** Direct the defendant to (specify): **\*Stop any/all discriminatory practices and Prevent discrimination in the future.**

_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/05/2018

Kimberly Scott
Civil Complaint

## Continued Item 13

**From Aug-Nov 2022,** I was excluded from several work-related calls with the GM, suppliers, training, and internal key stake employees. **July 2022** – Intimidation – I received a call, text, and email from a Senior leader to remind me how to "act", **Aug – Nov 2022** – Increased Scrutiny without cause. (11/22 – Inspecting store **at 1:00 am** with a flashlight then alerting me of their finding of an alleged leaking grease trap) **October 2022** – Denied vacation leave submitted 35 days in advance, **Nov 2022,** Defamation of character/slander – Management sent an email with (16) defamatory, maligning, and malicious false accusations toward me while on PTO/sick, **Dec 2022,** I received an employee evaluation that was substantially lower than it should have been. Decreased my bonus and stock options by 50%, differential treatment in comparison to my other colleagues, and Denied meeting requests. The above are some of the retaliatory acts directed toward me by management. As a result of insurmountable mental distress by management, I've been admitted in a Partial Hospitalization Program (PHP) for behavioral health and have been unable to work since December 6, 2022.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/05/2018



_____

_____

_____

(g)     **X**   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)     **X**   Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

**Kimberly Scott**
_____
(Plaintiff's name)

**1227 E. 63ʳᵈ Street**
(Plaintiff's street address)

(City) **Chicago** _____ (State) **IL** _____ (ZIP) **60637** ___

(Plaintiff's telephone number) ( **312** ) – **613-8391** _____

Date:   **February 2, 2023** _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/05/2018

6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | **440-2022-08005** |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Ms. Kimberly Scott | 312-613-8391 | |

Street Address

1227 E. 63rd Street

CHICAGO, IL 60637

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| STARBUCKS CORPORATION | 501+ Employees | |

Street Address

2401 UTAH AVE SOUTH MS: S-LA2

SEATTLE, WA 98134

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest: 07/11/2022 — Latest: 08/15/2022 |
| Race, Retaliation | |
| | Continuing Action |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by the Respondent on or about January 30, 2017. My current position is Facilities Service Manager. On July 11, 2022, I filed a Charge of Discrimination (EEOC No. 440-2022-06560) against the Respondent. Subsequently, I have been subjected to micromanagement and mandated to participate in a mediation session.I believe that I have been discriminated against because of my race, Black, and retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Ms. Kimberly Scott**<br>**08/15/2022** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| *Charging Party Signature* | |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC<br>FEPA | Agency(ies) Charge No(s):<br><br>**440-2022-06560** |
|---|---|---|

| **Illinois Department Of Human Rights** | | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)*<br><br>Ms. Kimberly Scott | Home Phone<br><br>312-613-8391 | Year of Birth |
|---|---|---|

Street Address

1227 E. 63rd Street

CHICAGO, IL 60637

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br><br>Starbucks Coffee Company | No. Employees, Members<br><br>501+ Employees | Phone No. |
|---|---|---|

Street Address

2401 Utah Avenue South

SEATTLE, WA 98134

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON<br><br><br>Race | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest              Latest<br>03/12/2022        06/17/2022 |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with Respondent in or around January 30, 2017. My current position is Facility Service Manager. During my employment I have been subjected to harassment and discipline. I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Kimberly Scott**<br><br>**07/11/2022**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

State of Illinois
Department of Human Rights

COMPLAINANT INFORMATION SHEET
(For Cases Not Related to Housing Discrimination)

| Office Use Only: | Control No: | Inv. Init. | | Date: 06.20.22 |

**Instructions: Read this entire form and all of the instructions carefully before completing.** All questions should be answered, and you may use additional sheets if necessary. This form must be signed and dated on page 4, and postmarked or received by IDHR within **300 days** of the date of the alleged discrimination. IDHR must establish if it has the right under the law to investigate your claim. If IDHR accepts your claim of discrimination, we will type your information on an official charge form. The official charge form must be signed under certification or notarized and returned to IDHR in a timely manner. **THIS IS NOT A FORMAL CHARGE. If IDHR accepts your claim, we will send you an official typed charge form for signature.**

**NOTE:** If your alleged claim of discrimination is related to Housing, e.g., in buying or renting a house or apartment, or experiencing a refusal to a request to modify your housing, please STOP and fill out an IDHR Housing Complainant Information Sheet (CIS).

## 1. COMPLAINANT INFORMATION

| Name: Kimberly Scott | Address: 1227 E. 63rd Street | | Apt No: |
| City: Chicago | State: IL | ZIP: 60637 | Phone No: 312-613-8391 |
| E-Mail: kscott0221@yahoo.com | Alt. Phone No: 773-891-3164 | | Alt. Phone No: |

☑ E-Mail Consent: By checking this box, I consent to service of notices by the Department via electronic mail.

Please provide the following information for statistical purposes only.

| Country of National Origin: United States | Date of Birth: 03.18.68 | Sex: female |

## 2. WHO CAN WE CALL IF WE CANNOT CONTACT YOU
Make sure their mailing addresses are different from your mailing address. Your charge could be dismissed if you do not provide this information and we are unable to locate you.

| Name: Curtis William-Grant Eskridge | Address: 1227 E. 63rd Street | | Apt No: |
| City: Chicago | State: IL | ZIP: 60627 | Phone No: 708-897-5581 |
| Name: Kerrington Eskridge | Address: | | Apt No: |
| City: | State: | ZIP: | Phone No: 708-465-9000 |

## 3. RESPONDENT INFORMATION
Write out the full legal name of the company or organization that you believe discriminated against you in Illinois (i.e. the Respondent). (Employer, Employment Agency, Financial Institution, Union, Place of Public Accommodation, School or University, etc.)

| Name: Starbucks Coffee Company | Address: 2401 Utah Avenue South | | |
| City: Seattle | State: WA | ZIP: 98134 | Phone No: 2064471575 |
| County: | Website: www.starbucks.com | | |

## 4. WHAT IS YOUR RELATIONSHIP WITH THE RESPONDENT

☑ **EMPLOYMENT:** Respondent is my Employer / Former Employer / Potential Employer.

NOTE: If the Respondent is an employer, does the Respondent employ 15 or more employees in the Unites States? ◉ Yes ○ No

☐ **FINANCIAL CREDIT:** Respondent is a Financial Institution, such as a bank or an insurance company, to which I applied for an account or line of credit.

☐ **PUBLIC ACCOMMODATIONS:** Respondent is a Public Entity or Place of Business (of which I am not a current, former, or potential employee), such as a Store, Restaurant, Public Park, Educational Program, or Public Official, and has denied me a service or access or has subjected me to a form of pervasive harassment.

☐ **SEXUAL HARASSMENT IN EDUCATION:** Respondent is or represents an Educational Institution in which I (or my minor child) am currently, recently, or I have applied to be enrolled that I believe has sexually harassed me (or my minor child), or has retaliated against me (or my minor child) for reporting, opposing or for participating in an investigation of sexual harassment.

What type of business or organization is the Respondent? For example, a Private Employer, Public or Non-Profit Organization, State or Local Government, School or University (specify Public or Private, and if it is Elementary, Secondary, Vocational, etc., and your current enrollment status), Employment Agency, Municipality, Union, Bank, Insurance Company, Individual, etc.

Public Retail Company

| Office Use Only |
| IDHR INTAKE |
| JUN 22 '22 PM 12:12 |

West Monroe Street, 7th Floor, Attn. Intake Unit, Chicago, IL 60661; 312-814-6200; 866-740-3953 (TTY); INTERVIEWS MON.-THURS. 8:30 AM to 3:00 PM
Springfield: 524 S 2nd Street, 3rd Floor, Attn. Intake Unit, Springfield, IL 62701; 217-785-5100; 866-740-3953 (TTY)
SITE: www.illinois.gov/dhr EMAIL: IDHR.Intake@illinois.gov CHICAGO FAX: 312-814-6251 SPRINGFIELD FAX: 217-785-5106

CIS-U. 4/2022
Page 1 of 4



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/04/2022

**To:** Ms. Kimberly Scott
1227 E. 63rd Street
CHICAGO, IL 60637
Charge No: 440-2022-08005

EEOC Representative and email:    Kimberly Engram
Investigator
kimberly.engram@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2022-08005.

On behalf of the Commission,

Digitally Signed By:Julianne Bowman
11/04/2022
Julianne Bowman
District Director